# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**THOMAS J. MCNULTY** o/b/o the Estate of **BETTY JANE CONTILLO,**
Appellant,

v.

**KRISTIN JO PLAIN,**
Appellee.

No. 4D2022-2574

[December 14, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Laurie E. Buchanan, Judge; L.T. Case No. 2019CP001191.

Thomas James McNulty, Florida City, pro se.

Steven Gieseler and Nicholas M. Gieseler of Bartlett, Loeb, Hinds, Thompson & Angelos, PLLC, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***